*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-323**

IN RE: MARK K. SEIFERT,
                                        Respondent.
**Bar Registration No.   358827**                    **BDN: 45-14**

BEFORE:   McLeese, Associate Judge, and Steadman and Reid, Senior Judges.

**ORDER**
(FILED - June 12, 2014)

On consideration of the certified order disbarring respondent from the practice of law in the state of North Carolina, this court's April 3, 2014, order suspending respondent from the practice of law pending further action of the court and directing him to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent failed to respond to the court's order but did file his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Mark K. Seifert is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to April 3, 2014.

PER CURIAM